ELIZABETH J. WEBBER, Respondent, *v.* JOHN N. LESTER et al., Appellants.

(Argued January 21, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 25, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and affirmed an order denying a motion for a new trial.

*Tracy C. Becker* for appellants.

*George Wadsworth* for respondent.

Agree to affirm on opinion of DANIELS, J., below.
All concur.
Judgment affirmed.